RECEIVED

MAY 1 4 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN W. DESHOTELS | CIVIL ACTION NO. 11-CV-2052 |
| VERSUS | JUDGE DOHERTY |
| VILLAGE OF PINE PRAIRIE, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss filed by the defendants[Rec. Doc. 3] is GRANTED, and the claims of Plaintiff, pursuant to provisions of 42 USC §1983, against the Council member defendants Tammy Hammond, Debbie Oge', Quint West, and Mayor Terry Savant, in their official and individual capacities, are DISMISSED, with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the plaintiff's claims for punitive damages against the Village of Pine Prairie are

DISMISSED with prejudice.

Signed at Lafayette, Louisiana, this 14 day of ~~April~~ May 2012.

_____
Rebecca F. Doherty
United States District Judge